UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NELDA LAWRENCE                                            CIVIL ACTION

VERSUS

LOUISIANA DEPARTMENT OF                                   NO. 23-01359-BAJ-SDJ
INSURANCE, ET AL.

RULING AND ORDER

Plaintiff, proceeding *pro se*, filed a Complaint against Defendants Louisiana Department of Insurance and the Louisiana Commissioner of Insurance[1] for discrimination on the basis of disability and retaliation for Plaintiff seeking appropriate accommodations. (Doc. 1). On November 21, 2023, Defendants filed the **Motion To Dismiss Plaintiff's Complaint (Doc. 11, the "Motion")** that is presently before the Court. The Motion requests that the Court dismiss Plaintiff's claims pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. 11). The Motion is opposed. (Doc. 14). The Magistrate Judge has since issued a **Report and Recommendation (Doc. 16, the "R&R")**, which recommends that Plaintiff's claims be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Now, upon *de novo* review and having carefully considered Plaintiff's

---

[1] As noted in the Magistrate Judge's Report and Recommendation, at the time of Plaintiff's Complaint, the Louisiana Commissioner of Insurance was James Donelon. In her Complaint, Plaintiff listed James Donelon as a defendant in his official capacity. (*See* Doc. 1 at p. 2). The Louisiana Commissioner of Insurance is now Tim Temple.

Complaint, Defendant's Motion, and all related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion To Dismiss Plaintiff's Complaint (Doc. 11)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 24th day of September, 2024

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**